UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA JOHNSON,<br><br>                Plaintiff,<br>    v.<br><br>NORDSTROM et al.,<br><br>                Defendants. | CASE NO. 2:23-cv-01813-LK<br><br>ORDER DISMISSING<br>COMPLAINT WITH PREJUDICE |

       This matter comes before the Court sua sponte. On January 19, 2024, the Court dismissed Ms. Johnson's complaint without prejudice for lack of subject matter jurisdiction and with leave to file an amended complaint within 21 days. Dkt. No. 4 at 1, 4. The Court informed Ms. Johnson that "[i]f a proper amended complaint is not filed within twenty-one (21) days of the date of this Order, this action will be dismissed with prejudice." *Id.* at 4.

       Ms. Johnson subsequently filed a motion requesting an extension of the Federal Rule of Civil Procedure 4(m) deadline to serve Defendants, Dkt. No. 5, and a motion requesting the issuance of summonses, Dkt. No. 6. Neither motion requested an extension of the deadline to file an amended complaint. Furthermore, Ms. Johnson has not filed an amended complaint and the

ORDER DISMISSING COMPLAINT WITH PREJUDICE - 1

1  deadline to do so has passed. Accordingly, the Court now DISMISSES the case with prejudice. It
2  also DENIES Ms. Johnson's motions to extend time for service and to issue summonses as moot
3  because there is no operative complaint and the case is dismissed. Dkt. Nos. 5–6.
4        The Clerk is directed to send an uncertified copy of this Order to Ms. Johnson at her last
5  known address.

7        Dated this 14th day of February, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER DISMISSING COMPLAINT WITH PREJUDICE - 2