UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA JOHNSON, | CASE NO. 2:23-cv-01813-LK |
| Plaintiff, | ORDER GRANTING MOTION |
| v. | FOR EXTENSION OF TIME |
| NORDSTROM et al., | |
| Defendants. | |

The Court GRANTS Plaintiff Amanda Johnson's motion for extension of time to file her amended complaint by April 30, 2024 in light of her pro se status. Dkt. No. 13. Ms. Johnson is reminded that pro se parties, like all litigants, are required to comply with all Court deadlines and rules, including but not limited to the requirement to provide good cause in a motion to extend a deadline. Fed. R. Civ. P. 6(b). In the future, the Court will not grant any such motion absent good cause.

Dated this 2nd day of April, 2024.

Lauren King
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1