UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>NORDSTROM et al.,<br><br>    Defendants. | CASE NO. 2:23-cv-01813-LK<br><br>ORDER DENYING MOTION TO COMPEL |

This matter comes before the Court on Plaintiff Amanda Johnson's Motion to Compel. Dkt. No. 15. Her one sentence motion seeks an order compelling Defendant Nordstrom "to submit [its] employees' complete names and mailing address[es]" to the Clerk of the Court. *Id.* at 1.

This motion is premature. Nordstrom has not yet appeared in this case, and the case has not yet proceeded to discovery. If the case proceeds to discovery, Plaintiff may seek discovery by following the Federal Rules of Civil Procedure. The Federal Rules of Civil Procedure are available at https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure. The Court further notes that under Local Civil Rule 37(a), the Court may deny any motion to compel that does not contain the required "certification, in the motion or in a declaration

ORDER DENYING MOTION TO COMPEL - 1

or affidavit, that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to resolve the dispute without court action." The Local Civil Rules are available at https://www.wawd.uscourts.gov/sites/wawd/files/042624%20WAWD%20Local%20Civil%20Rules%20-%20Clean.pdf. "The Court expects all parties—pro se and those represented by counsel—to comply with the Court's procedural rules." *Capello v. Sziebert*, No. C13-5275BHS-JRC, 2014 WL 2465283, at *1 (W.D. Wash. June 2, 2014).

Accordingly, the Court DENIES Ms. Johnson's motion to compel. Dkt. No. 15.

Dated this 1st day of May, 2024.

Lauren King
United States District Judge

ORDER DENYING MOTION TO COMPEL - 2